# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| ROBERT IDAHOSA, | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO.: |
| v. | ) 3:24-cv-00247-TCB-RGV |
| SCOTT CORNELL, ET. AL, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL OF COMPLAINT AGAINST DEFENDANTS GLOVIS GEORGIA LLC AND CHANKUNG WON

It is hereby stipulated and agreed by and between the Plaintiff Robert Idahosa and the Defendants Glovis Georgia LLC and Chankung Won, pursuant to Fed. R. Civ. P. 41(a)(1)(A), that Defendants Glovis Georgia LLC and Chankung Won are dismissed from the above-captioned civil action with each party to bear its own costs.

Respectfully submitted, this 28th day of February, 2025.

                                                                       CONSTANGY, BROOKS, SMITH
                                                                        & PROPHETE, LLP

| /s/ *Robert Idahosa* | /s/ *Sarah M. Phaff* |
|---|---|
| ROBERT IDAHOSA | SARAH M. PHAFF |
| 1931 Springdale Dr. | Georgia Bar No. 140626 |
| Columbus, Georgia 31906 | 230 Peachtree Street, N.W. |
| 706-573-8614 | Suite 2400 |
| robert.idahosa@gmail.com | Atlanta, GA 30303-1557 |
| (signed with express permission) | (404) 230-6777 |
| | sphaff@constangy.com |
| PLAINTIFF | COUNSEL FOR GLOVIS GEORGIA, LLC AND CHANKUNG WON |

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| **ROBERT IDAHOSA,** )<br>)<br>     **Plaintiff,**  )<br>)<br>**v.**  )<br>)<br>**SCOTT CORNELL, ET. AL,** )<br>)<br>     **Defendants.** )<br>) | **CIVIL ACTION FILE NO.:**<br>**3:24-cv-00247-TCB-RGV** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, the undersigned electronically filed this JOINT STIPULATION OF DISMISSAL OF COMPLAINT AGAINST DEFENDANTS GLOVIS GEORGIA LLC AND CHANKUNG WON with the Clerk of Court using the CM/ECF system and sent a courtesy copy via email and mail to the following:

> Robert Idahosa
> 1931 Springdale Dr.
> Columbus, GA 31906
> robert.idahosa@gmail.com

>                    /s/*Sarah M. Phaff*
>                    SARAH M. PHAFF
>                    Georgia Bar No. 140626
>                    Constangy, Brooks, Smith & Prophete, LLP
>                    230 Peachtree Street, N.W.
>                    Suite 2400
>                    Atlanta, GA 30303-1557
>                    sphaff@constangy.com